# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

               v.                             Case No. 08-mc-77-JD

<u>Alan J. Camuso</u>

## O R D E R

     I herewith approve the Report and Recommendation of Magistrate Judge James R. Muirhead dated December 2, 2008, no objection having been filed.

     The taxpayer, Alan J. Camuso, is ordered to obey the summonses and is ordered to appear on January 22, 2009 at 9:30 a.m. at 80 Daniel Street, Portsmouth, New Hampshire, before J. L. Shing, to give testimony and produce all books and records in his possession or control required and called for by the terms of the summonses of April 9, 2008.

     It is further ordered that the government be awarded its costs.

     SO ORDERED.


December  22, 2008                            <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                            Joseph A. DiClerico, Jr.
                                                            United States District Judge


cc:    Seth R. Aframe, Esq.
         Alan J. Camuso, pro se